Printed: 01/08/10 08:51 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: Bridget A. Brine (430170)**

**Case:** 08-50027 - GORNICK, BRIAN STEPHEN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 3205979936 | 106 | 01/08/10 | 5 | 05/16/08 | 610 | Payee: U.S. Bankruptcy Court American Express Travel Related Svcs Co | 18.75 | 18.75 | 0.90 | 0.90 |

Check Amount: $0.90

(*) Denotes objection to Amount Filed

RECEIVED 2010 JAN 11 AM 9:00 U.S. BANKRUPTCY COURT DULUTH MN